UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BAILEY,

      Plaintiff,

                                           Case No. 25-cv-11379
v.                                     Hon. Matthew F. Leitman

REDFORD UNION BOARD
OF EDUCATION, *et al.*,

      Defendants.

_____/

### ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTIONS TO DISMISS (ECF Nos. 12, 14, 25)

Now before the Court are the following motions in this case: (1) Defendants Jacqueline Francis and WDIV-TV's motion to dismiss (ECF No. 25); (2) Defendants Lisa Hildebrandt and the Redford Union Education Association's motion to dismiss (ECF No. 14); and (3) Defendants Redford Union Board of Education, Lorna Dean, Lakeya Martin, Latina Miller, Jeff Osowski, Evelyn Pridemore, Michael Taylor, and Jasen Witt's motion to dismiss (ECF No. 12). In each of these motions, the moving Defendants seek dismissal of all of the Plaintiff's claims in the Complaint against them.

On February 9, 2026, the Court held a hearing on the three motions to dismiss. For the reasons stated on the record, these three motions are **DENIED IN PART** and **GRANTED IN PART** in the same respect. Specifically, the Court

1

**DISMISSES WITH PREJUDICE** all of Plaintiff's federal-law claims against all Defendants (Counts II and III[1] of the Complaint, ECF No. 1).  Plaintiff's state-law claims are **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  February 10, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 10, 2026, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126

---

[1] Plaintiff's Complaint includes two claims labeled "Count III." (*See* Compl., ECF No. 1, PageID.11, 13.)  At oral argument, counsel for Plaintiff confirmed that the first Count III (beginning on PageID.11) raises a federal-law claim, while the second Count III (beginning on PageID.13) raises a state-law claim.