UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BAILEY,

     Plaintiff,

                                         Case No. 25-cv-11379

v.                                   Hon. Matthew F. Leitman

REDFORD UNION BOARD
OF EDUCATION, *et al.*,

     Defendants.

_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED**. Plaintiff's federal-law claims (Counts II and III) are **DISMISSED** with prejudice and Plaintiff's state-law claims (all other Counts) are **DISMISSED** without prejudice.

                                  KINIKIA ESSIX
                                  CLERK OF COURT

                    By:    s/Holly A. Ryan
                            Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  February 10, 2026
Detroit, Michigan

1